IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F De Vries, | 2:07-CV-01926-ATG |
| Petitioner, | ORDER |
| vs. | |
| Board of Prison Hearings, | |
| Respondent. | |
| _____/ | |

On December 9, 2008, this Court stayed this case pending a decision in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008). *Hayward* has been decided, and the stay is hereby lifted. The government shall file with the court, within fourteen (14) days hereof, a status update informing the Court whether Petitioner Michael De Vries received a parole date during the stay period.

Dated: April 29, 2010

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN
United States Circuit Judge
Sitting by designation