IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F De Vries, | 2:07-CV-01926-ATG |
| Petitioner, | ORDER |
| vs. | |
| Board of Prison Hearings, | |
| Respondent. | |
| _____/ | |

    Petitioner Michael F. De Vries ("Petitioner") filed a Motion for Substitution of Counsel, in which Petitioner states that the Federal Defender has determined that it is unable to represent him, and Petitioner asks the Court to substitute private counsel as appointed counsel. The Federal Defender is hereby ORDERED, within ten (10) days hereof, to inform the Court whether it agrees that the Federal Defender is unable to represent Petitioner.

DATED: June 22, 2010.

                                            /s/ Alfred T. Goodwin
                                            _____
                                            ALFRED T. GOODWIN
                                            United States Circuit Judge
                                            Sitting by designation

-1-