IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F De Vries, | 2:07-CV-01926-ATG |
| Petitioner, | ORDER |
| vs. | |
| Board of Prison Hearings, | |
| Respondent. | |
| _____/ | |

    This case is hereby STAYED pending the resolution of the Board of Parole Hearings' April 23, 2010 decision to grant Petitioner Michael F. De Vries ("Petitioner") parole. Petitioner SHALL inform the Court when it is appropriate to lift the stay and either proceed with the instant petition or close the case.

Dated: June 25, 2010

                                                             /s/ Alfred T. Goodwin
                                                            _____
                                                            ALFRED T. GOODWIN
                                                             United States Circuit Judge
                                                             Sitting by designation