IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F De Vries, | 2:07-CV-01926-ATG |
| Petitioner, | ORDER |
| vs. | |
| Board of Prison Hearings, | |
| Respondent. | |
| _____ / | |

On October 4, 2010 Michael F. De Vries ("Petitioner") filed a notice with the Court indicating that he has been paroled. Accordingly, Petitioner's Petition for Writ of Habeas Corpus is DENIED as moot.

Dated: October 4, 2010

                                                                                                                              /s/ Alfred T. Goodwin
                                                                                                                            _____
ALFRED T. GOODWIN
United States Circuit Judge
Sitting by designation